THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELYSSA J. HITCHCOCK,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN COLVIN, *Acting Commissioner of Social Security*,<br><br>          Defendant. | CASE NO. C13-0974-JCC<br><br>ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of Plaintiff Melyssa Hitchcock's complaint, the parties' stipulated motion for remand, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, hereby finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation (Dkt. No. 20);

(2)     The Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation;

(3)     Plaintiff is entitled to reasonable attorney's fees, expenses, and costs pursuant to 28 U.S.C. § 2142(d), upon proper request to the Court; and

(4)     The Clerk is respectfully directed to send copies of this Order to the parties and to Judge Tsuchida.

1   DATED this 19th day of March 2014.

2

3

4

5

6

7                                               _____
                                                John C. Coughenour
8                                               UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REVERSING AND REMANDING FOR
FURTHER ADMINISTRATIVE PROCEEDINGS
PAGE - 2